# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**FRIED ALLIGATOR FILMS, LLC**                                            **PLAINTIFFS**
**AND JERRY TANKERSLEY**

**VS.**                                              **CIVIL ACTION NO. 4:16-cv-00175-DMB-JMV**

**NEW YORK LIFE INSURANCE COMPANY**                       **DEFENDANTS**
**MICHAEL WILLIS AND**
**JOHN DOES 1-10**

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the Court following the [66] Telephonic Status Conference regarding Case Management Order [19] amendments. Accordingly, the Court's amendments are as follows:

**I. Discovery Provisions and Limitations.**

    A. Interrogatories are limited to <u>25</u> succinct questions.

    B. Requests for Production are limited to <u>25</u> succinct questions.

    C. Requests for Admissions are limited to <u>25</u> succinct questions.

    D. Depositions are limited to the parties and no more than <u>5</u> fact witness depositions per party without additional approval of the court.

**II. Further, the Final Pretrial Conference and Trial dates are as follows:**

    A. The trial in this case will be held on <u>February 4, 2019</u>.

    B. The Final Pretrial Conference will be held on <u>January, 8, 2019</u>.

        i. On or before <u>January 2, 2019</u>, the parties must report to the undersigned all ADR efforts they have undertaken to comply with the Local Rules

or provide sufficient facts to support a finding of just cause for failure to comply. *See* L.U.Civ.R. 83.7(f)(3).

**III. Finally, the following Deadlines will control in this case:**

A. Plaintiff shall designate expert witnesses by June 7, 2018;

B. Defendants shall designate expert witnesses by June 20, 2018;

C. Discovery shall be completed by July 6, 2018; and

D. Dispositive and Daubert motions are due by July 20, 2018. The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

The parties are advised that no further extensions will be granted.

Counsel is further cautioned that they should begin arrangements for discovery and expert designations forthwith.

**SO ORDERED** this, the 21st day of March, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**