IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FRIED ALLIGATOR FILMS, LLC; and**                                **PLAINTIFFS**
**JERRY TANKERSLEY**

**V.**                                            **NO. 4:16-CV-175-DMB-JMV**

**NEW YORK LIFE INSURANCE**
**COMPANY; MICHAEL WILLIS; and**
**JOHN DOES 1-10**                                                  **DEFENDANTS**

## ORDER CLOSING CASE

On April 24, 2018, the Court received notice that mediation of the claims in this case was successful. It is, therefore, unnecessary that this case remain upon the calendar of the Court. Accordingly, the Clerk of the Court is **DIRECTED** to administratively close this case.

**SO ORDERED**, this 11th day of May, 2018.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**