IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JERRY TANKERSLEY     PLAINTIFF

VS.     CIVIL ACTION NO. 4:16-cv-00175-DMB-JMV

NEW YORK LIFE INSURANCE COMPANY,
MICHAEL WILLIS AND JOHN DOES 1-10     DEFENDANTS

## Stipulation of Dismissal

It is hereby stipulated that this case is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted, this the 28th day of June, 2018.

| | |
|---|---|
| /s/ C. Maison Heidelberg | /s/ William F. Ray |
| C. Maison Heidelberg (MSB No. 9559) | William F. Ray (MSB No. 4654) |
| Watson Heidelberg, PLLC | W. Abram Orlansky (MSB No. 104172) |
| Post Office Box 23546 | Watkins & Eager PLLC |
| Jackson, Mississippi 39225-3546 | 400 East Capitol Street |
| Telephone: 601-939-8900 | Jackson, Mississippi 39201 |
| Facsimile: 601-932-4400 | Post Office Box 650 |
| Email: mheidelberg@whjpllc.com | Jackson, Mississippi 39205-0650 |
| COUNSEL FOR JERRY TANKERSLEY | Telephone: (601) 965-1900 |
| | Facsimile: (601) 965-1901 |
| /s/ Kenna L. Mansfield, Jr. | Email: wray@watkinseager.com |
| Kenna L. Mansfield, Jr. (MSB No. 1855) | aorlansky@watkinseager.com |
| Wells Marble & Hurst, PLLC | COUNSEL FOR NEW YORK LIFE |
| Post Office Box 131 | INSURANCE COMPANY |
| Jackson, Mississippi 39205-0131 | |
| Telephone: 601-605-6900 | |
| Facsimile: 601-605-6901 | |
| Email: kmansfield@wellsmar.com | |
| COUNSEL FOR MICHAEL WILLIS | |